DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
) Case No. 15-52155 SLJ
GAIL AMAMIYA MAY ROE )
)
) **NOTICE OF UNCLAIMED DIVIDEND**
) Claimant:
) GAIL AMAMIYA MAY ROE
)
_____Debtor_____)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, unclaimed funds in the amount of $14,395.75. The name and last known address of the claimant entitled to the unclaimed dividend is as follows:

Gail Amamiya May Roe
4670 Ventura Ave
San Jose, CA 95111

Dated: October 03, 2016

/s/ Devin Derham-Burk
DEVIN DERHAM-BURK, TRUSTEE

15-52155 SLJ - Notice of Unclaimed Dividend